IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HARRY GRANELL VEGA

CASE NO    11-05811-MCF

CHAPTER 13

DEBTOR(S)

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
## MEETING OF CREDITORS

The meeting of creditors under 11 U.S.C. § 341, in the above captioned case has been scheduled for **September 15, 2011 at 10:00 am.** It will be held at Ochoa Building, First Floor, Comercio Street Entrance, Tanca Street Corner, Old San Juan, Puerto Rico 00901.

In San Juan, Puerto Rico, this August 10, 2011.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ **ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail  or electronically sent to the parties listed below:

ANTHONY KELLER LAW OFFICE PSC*

PO BOX 6454
MAYAGUEZ, PR  00681-6454

CLARO

P.O. BOX 70366
SAN JUAN, PR  00936-8366

CRIM

PO BOX 195387
SAN JUAN, PR  00919-5387

DIANILDA RAMIREZ NAVARRO

P.O. BOX 896
MAYAGUEZ, PR  00681

E. SEPULVEDA SUCESORES, INC.

CALLE RAMOS ANTONINI #70
ESQ. IGLESIA
MAYAGUEZ, PR  00680

HACIENDA

PO BOX 9022501
SAN JUAN, PR  00902-2501

HARRY GRANELL VEGA

PO BOX 1844
ANASCO, PR  00610

INTERNAL REVENUE SERVICE

PO BOX 7317
PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICES

PO BOX 7346
PHILADELPHIA, PA  19101-7346

JOSE SANABRIA

PO BOX 1423
RINCON, PR  00677-1423

HARRY GRANELL VEGA

PO BOX 1844
ANASCO, PR  00610

DATED:     August 10, 2011

/S/WALTER LUGO
_____
OFFICE OF THE CHAPTER 13 TRUSTEE

        Page 1 of 1        - CASE NO.    11-05811-MCF